IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN M. HICKOX, | : | No. 4:16-cv-00534 |
| | : | |
| Petitioner, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| TAMMY FERGUSON, <u>et al.</u>, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of October, 2016, **IT IS HEREBY ORDERED** that:

1. The October 7, 2016 Report and Recommendation submitted by United States Magistrate Judge Karoline Mehalchick, ECF No. 19, is **ADOPTED**.

2. Plaintiff's Motion to Dismiss , ECF No. 16, is **GRANTED**.

3. All claims against Defendant PA-C Leahey are **DISMISSED WITH PREJUDICE**.

4. Plaintiff's Unopposed Motion for Order Referring to Mediation, ECF No. 17, is **GRANTED**.

5.  Defendant Dr. Xue's Motion to Dismiss, ECF No. 12, is **HELD IN ABEYANCE**, pending the outcome of mediation.

6.  Judge Mehalchick's March 30, 2016 Order referring this case to the Prison Litigation Settlement Program, ECF No. 3, is **RENEWED** and shall apply with full force and effect, except as otherwise provided herein.

7.  The Clerk of Court is directed to forward a copy of this Order, as well as a copy of the most updated docket sheet, to Plaintiff.

8.  The Clerk of Court is further directed to forward a copy of this Order to Joseph Barrett, in the Scranton division of this Court, who shall refer this matter to the appropriate mediation.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge